UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WATTS, | No. 2:13-cv-1749 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| M. RUGGIERO, et al., | |
| Defendants. | |

On December 4, 2014, Plaintiff filed a request for reconsideration of the magistrate judge's order filed November 21, 2014, denying Plaintiff's motions for appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id.  Upon review of the entire file, the Court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 21, 2014, is affirmed.

Dated:  December 23, 2014

Troy L. Nunley
United States District Judge

1