UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WATTS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. RUGGIERO, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-1749 TLN AC P<br><br><br>ORDER |

On March 6, 2015, defendants filed a motion for summary judgment. ECF No. 32. On March 31, 2015, the court granted plaintiff's request for an extension of time, until April 30, 2105, within which to file an opposition to the motion. ECF No. 36. Plaintiff has not opposed the motion.

Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed, without prejudice, for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 7, 2015

　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE