UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WATTS, | No. 2:13-cv-1749 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| M. RUGGIERO, et al., | |
| Defendants. | |

    On April 5, 2016, this court granted defendants' motion for summary judgment on all grounds with the exception that this case now proceeds only on plaintiff's First Amendment retaliation claim against defendant M. Ruggiero.  <u>See</u> ECF Nos. 43, 47.  Before setting further deadlines in this action, the court will assess the parties' willingness to participate in a settlement conference and their availability to participate in such conference and/or with further pretrial and trial proceedings.

    Accordingly, IT IS HEREBY ORDERED that, within twenty-one (21) days after service of this order, the parties shall file and serve separate statements that inform the court of the following:

    1. Whether court mediation may be helpful in resolving this action, and therefore whether each party requests that a settlement conference be scheduled.

////

2. If the answer to the prior question is in the affirmative, whether each party waives the disqualification of the undersigned magistrate judge to conduct such settlement conference, or requests that another magistrate judge be assigned for that purpose.

3. The anticipated length of jury trial in this action.

4. Any dates through April 2017 when any party may *not* be available to participate in a settlement conference and/or to appear for pretrial and trial proceedings.

SO ORDERED.

DATED: April 20, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE