UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY WATTS,** | No. 2:13-cv-1749 TLN AC P |
| Plaintiff, | |
| v. | |
| **M. RUGGIERO**, | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendant. | **AD TESTIFICANDUM** |

**Timothy Watts, CDCR # C-55600,** a necessary and material witness in a settlement conference in this case on June 13, 2016, is confined in California State Prison, Los Angeles County (LAC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before **Magistrate Judge Kendall J. Newman, at the U. S. District Court, Courtroom No. 25, 501 I Street, Sacramento, California 95814, on Monday, June 13, 2016, at 9:00 a.m.**

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum shall issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   Warden, LAC, P.O. Box 8457, Lancaster, California 93539:

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Newman at the time and place noted above, until completion of the settlement conference or as ordered by the court. This inmate's legal property relevant to the above-entitled case shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 23, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE